**Kevin NEWMAN, Plaintiff—Appellant,**

v.

**Gerald K. WASHINGTON, Warden, Defendant—Appellee.**

No. 06–7985.

United States Court of Appeals, Fourth Circuit.

Submitted: April 26, 2007.

Decided: May 2, 2007.

Kevin Newman, Appellant Pro Se. Alice T. Armstrong, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Newman appeals the district court's orders denying his motion to reopen the appeal period pursuant to Fed. R.App. P. 4(a)(6) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Newman v. Washington,* No. 7:05–cv–00311–JLK (W.D.Va. Oct. 31 & Nov. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*